UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIEMERIE EMMANUEL OGBODO,

Petitioner,

v.

MATTHEW PUTRA et al.,

Respondents.

Case No. 1:26-cv-2877

Hon. Hala Y. Jarbou

# ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on October 9, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 5.) The Court's order also directed Respondents to file a recording or transcript of any bond hearing held, and to address whether Petitioner was previously released or paroled into the United States by immigration officials and provide supporting documentation. (*Id.*)

Respondents filed their response on October 9, 2026. (ECF No. 6.) Respondents' response does not indicate that Petitioner previously had a bond hearing in Immigration Court, nor does it provide a recording or transcript of such a hearing, and does not indicate that Petitioner was paroled into the United States. (*Id.*)

Petitioner filed his reply on October 13, 2026. (ECF No. 8.) Petitioner's reply indicates that he had a bond hearing in March of 2026 and that he was paroled into the United States. (*Id.*, PageID.25.) Under these circumstances, the Court finds that more information is needed regarding whether Petitioner previously had a bond hearing in Immigration Court and whether Petitioner was previously paroled into the United States in order to rule on Petitioner's § 2241 petition.

Accordingly,

**IT IS ORDERED** that, within three business days, Respondents shall file a written response indicating whether Petitioner had a bond hearing in Immigration Court in March of 2026 (or at any other time during his current detention) and whether Petitioner was previously released or paroled into the United States by immigration officials. If Petitioner has had any prior bond hearings, Respondents are directed to include a copy of the Immigration Court's order for the bond hearings and to file a transcript, and if a transcript is not available, a recording of any prior bond hearings. If Petitioner was previously released or paroled into the United States, Respondents shall indicate the statutory basis for the release or parole into the United States in their written response, and Respondents shall provide copies of the relevant documents that show the statutory basis for Petitioner's release or parole into the United States and any conditions imposed on Petitioner during the release or parole.

Dated: October 16, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE